UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CLEVELAND JONES,                    )
                                    )
                 Petitioner,        )
        v.                          )   Civil Action No. 15-0754 (KBJ)
                                    )
UNITED STATES PAROLE                )
COMMISSION, *et al.*,               )
                                    )
                 Respondents.       )
_____ )

## MEMORANDUM AND ORDER

This matter is before the Court on the United States Parole Commission's Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 8]. The Court issued an Order on August 10, 2015, directing petitioner to file his opposition or other response to the motion by September 8, 2015 [ECF No. 9]. The Order was returned by the United States Postal Service as undeliverable [ECF No. 10]. To date, petitioner has not advised the Court of his new address.

It is hereby

ORDERED the order to show cause [ECF No. 2] is DISCHARGED; it is

FURTHER ORDERED that the United States Parole Commission's Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 8] is DENIED WITHOUT PREJUDICE; and it is

1

FURTHER ORDERED that the petition and this civil action are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATE:  September 29, 2015        /s/
                                 KETANJI BROWN JACKSON
                                 United States District Judge